FRANK SIBLEY AND ANOTHER, RESPONDENTS, *v.* JAMES F. HASTINGS, APPELLANT.

Order appealed from reversed and new trial granted, costs to abide event. *Held*, on the authority of *Ross* v. *Mather* (51 N. Y., 108), *De Graw* v. *Elmore* (50 Id., 1), *Burnham* v. *Walkup* (54 Id., 656), and *Peck* v. *Root* (5 Hun, 547), that the complaint sets out a cause of action for fraud and deceit, and no fraud having been proved, the plaintiff was not entitled to recover.

WILLIAM LAMPSON AND OTHERS, APPELLANTS, *v.* THE VACUUM OIL COMPANY, RESPONDENT.

Order appealed from reversed, with ten dollars costs and disbursements.

L. LAVERNE MOORE, RESPONDENT, *v.* CHARLES JONES AND OTHERS, APPELLANTS.

Judgment affirmed.

MOSES S. OBERDORFER, APPELLANT, *v.* THE PENNSYLVANIA FIRE INSURANCE COMPANY, RESPONDENT.

Judgment affirmed.

LUCY ANN GILLETT, RESPONDENT, *v.* LORENA VINCENT, APPELLANT, IMPLEADED, ETC.

Judgment and order reversed, and new trial ordered in the Wayne County Court, costs to abide event. *Held*, that the bond and mortgage were collateral to the contract, and the attempt to sever them from the contract and assign them separately was inoperative, and the plaintiff acquired no title to them. (*Merritt* v. *Batholick*, 36 N. Y., 44; *Wanzer* v. *Cary*, 76 N. Y., 526; *Raynor* v. *Raynor*, decided in this Department, at the present term, MS. Op. of SMITH, J.)